Lionel Z. Glancy (#134180)
Michael Goldberg (#188669)
Robert V. Prongay (#270796)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiff Karim Choukri*
*[Additional Counsel on Signature Page]*

FILED
2012 SE. -5 P 2: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRB

CV 12 4629

| | |
|---|---|
| KARIM CHOUKRI, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>vs.<br><br>ZYNGA INC., MARK PINCUS, DAVID M. WEHNER, JOHN SCHAPPERT, MARK VRANESH, REGINALD D. DAVIS, CADIR B. LEE, WILLIAM GORDON, REID HOFFMAN, JEFFREY KATZENBERG, STANLEY J. MERESMAN, SUNI PAUL, and OWEN VAN NATTA,<br><br>                         Defendants. | Case No:<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>**CLASS ACTION** |

FILED BY FAX PURSUANT TO LOCAL RULES

The undersigned counsel of record for Plaintiff Karim Choukri certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff Karim Choukri;
2. Glancy Binkow & Goldberg LLP;
3. Strauss Troy;
4. Statman Harris & Eyrich LLP
4. A class consisting of all persons or entities who acquired Zynga securities during the Class Period (Between December 15, 2011 and July 25, 2012, inclusive), and who were damaged thereby (the "Class").

DATED: September 5, 2012

By: /s/ Lionel Z. Glancy
Lionel Z. Glancy
Michael Goldberg
Robert V. Prongay
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiff*

OF COUNSEL:
Richard S. Wayne
Thomas P. Glass
Joseph J. Braun
STRAUSS TROY
150 E. Fourth Street
Cincinnati, OH 45202-4018
Telephone: (513) 621-2120
Facsimile: (513) 629-9426
Email: *rswayne@strausstroy.com*
Email: *tpglass@strausstroy.com*
Email: *jjbraun@strausstroy.com*

| | |
|---|---|
| 1 | Jeffrey P. Harris |
| 2 | Brian T. Giles |
| | STATMAN HARRIS & EYRICH LLP |
| 3 | 441 Vine Street, Suite 3700 |
| | Cincinnati, OH 45202 |
| 4 | Telephone: (513) 621-2666 |
| 5 | Facsimile: (513) 621-4896 |
| | Email: *jharris@statmanharris.com* |
| 6 | Email: *bgiles@statmanharris.com* |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOTICE OF INTERESTED PARTIES

2